BRUEGGEMAN, Respondent, vs. WOELKY and wife, Appellants, and RADKE and wife, Respondents.

APPEAL from a judgment of the circuit court for Milwaukee county dated February 18, 1927: E. T. FAIRCHILD, Judge.

Reformation and specific performance. Judgment in favor of plaintiff, from which defendants *Anton Woelky* and *Anna Woelky,* his wife, appeal.

For the appellants: *John C. Davey,* attorney, and *Lilian M. Kohlmetz,* of counsel, both of Milwaukee.

For the respondent *Brueggeman: Otto A. Lemke* and *M. H. Sell,* both of Milwaukee.

For the respondents *Radke: Rudolph L. Forrer* of Milwaukee.

*By the Court.*—Judgment affirmed.


SYLVESTER, Appellant, vs. INDUSTRIAL COMMISSION OF WISCONSIN and others, Respondents.

APPEAL from a judgment of the circuit court for Dane county dated June 30, 1927: AUGUST C. HOPPMANN, Judge.

Action to set aside denial of award by *Industrial Commission.* Judgment for defendants, from which plaintiff appeals.

For the appellant: *Kroncke & Sauthoff* and *A. T. Torge,* all of Madison.

For the respondent *Industrial Commission: John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents *Sylvester Company* and *Continental Casualty Company: Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Judgment affirmed.